cv1UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

**v.**                                                  **Case No. 1:25-cv-170-TKW-MAF**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CHILDREN AND**
**FAMILIES**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be dismissed as duplicative. The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Petitioner did file a motion to appoint counsel (Doc. 8), but there is no reason to appoint counsel in this case because it is being dismissed as duplicative.

2. Petitioner's §2241 habeas petition (Doc. 4) is **DISMISSED**.

3. A certificate of appealability is **DENIED**.

4. Petitioner's motion to appoint counsel (Doc. 8) is **DENIED**.

5. The Clerk shall enter judgment consistent with this Order and close the case file.

**DONE AND ORDERED** this 15th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**